**Opinion filed October 16, 2014**



# In The

# Eleventh Court of Appeals

_____

## No. 11-14-00220-CR

_____

## EDDIE CARL HERRING, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**
**Ector County, Texas**
**Trial Court Cause No. D-39,579**

## M E M O R A N D U M   O P I N I O N

Eddie Carl Herring, Appellant, has filed a motion for nonsuit and dismissal of his appeal. In the motion, Appellant "asks this Court to enter a nonsuit and dismiss each of the appeals . . . pending in this Court." The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

October 16, 2014                                        PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.